# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, | ) CASE NO. 2:18-cv-11966-SJM-CI )  |
| Plaintiff, | ) HON. STEPHEN J. MURPHY, III |
| v. | ) Mag. Curtis Ivy, Jr. ) |
| TRANSATLANTIC REINSURANCE COMPANY, | ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amerisure Mutual Insurance Company and Defendant Transatlantic Reinsurance Company, through their counsel, stipulate and agree to the dismissal with prejudice of all claims asserted in this case, with each party to bear its own fees and costs.

Dated: January 20, 2022

**SO STIPULATED:**

| | |
|---|---|
| */s/ Lori McAllister* | */s/ Timothy J. Jordan* |
| Lori McAllister (P39501) | Timothy J. Jordan (P46098) |
| DYKEMA GOSSETT PLLC | GARAN LUCOW MILLER, P.C. |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Capitol View Bldg. | 1155 Brewery Park Blvd., Ste. 200 |
| 201 Townsend Street, Suite 900 | Detroit, MI 48207 |
| Lansing, MI 48933 | (313) 446-5531 |
| (517) 374-9100 | tjordan@garanlucow.com |

1

lmcallister@dykema.com

| | |
|---|---|
| */s/ Stephen W. Schwab* | */s/ Ronie M. Schmelz* |
| Stephen W. Schwab | Ronie M. Schmelz |
| Emily D. Gilman | TUCKER ELLIS LLP |
| Matthew Freilich | *Attorney for Defendant* |
| DLA PIPER LLP (US) | 515 South Flower Street, 42nd Floor |
| *Attorneys for Plaintiff* | Los Angeles, CA 90071 |
| 444 West Lake Street, Suite 900 | (213) 430-3375 |
| Chicago, IL 60606 | ronie.schmelz@tuckerellis.com |
| (312) 368-4000 | |
| stephen.schwab@dlapiper.com | Chelsea Mikula |
| emily.gilman@dlapiper.com | Chelsea M. Croy Smith |
| matt.freilich@dlapiper.com | TUCKER ELLIS LLP |
| | 950 Main Ave., Ste. 1100 |
| | Cleveland, OH 44113 |
| | (216) 696-5756 |
| | chelsea.mikula@tuckerellis.com |
| | chelsea.croy@tuckerellis.com |